WALLACE ET AL. *v*. VIRGINIA.

No. 1011.   Decided June 20, 1966.

*George E. Allen, Sr., Anthony G. Amsterdam, Jack Greenberg, James M. Nabrit III, Charles Stephen Ralston, S. W. Tucker* and *Henry L. Marsh III* for petitioners.

*Frederick T. Gray* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted and the judgments are affirmed. *City of Greenwood* v. *Peacock, ante,* p. 808.

THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN and MR. JUSTICE FORTAS would reverse the judgments for the reasons stated in the dissenting opinion of MR. JUSTICE DOUGLAS in *City of Greenwood* v. *Peacock, ante,* at 835.